UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RUSSELL C. WATERS,** ) | Case No. CV 08-0804-AG(AJW) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| **JOHN MARSHALL, Warden,** ) | |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: August 23, 2008

_____
Andrew J. Guilford
United States District Judge